**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

   SOPKO                                       :

                                         :        **1:25-mc-516 (ALC)**

   v.                                      :        <u>**ORDER**</u>

   **THE NEW YORK COMMUNITY**
   **HOSPITAL OF BROOKLYN, INC. ET AL**   :

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On November 28, 2025, Plaintiff filed a letter requesting to file a sur-reply. ECF No. 7.

Defendants are ordered to respond to Plaintiff's letter by December 4, 2025.

**SO ORDERED.**

**Dated:** December 2, 2025

    **New York, New York**                                **ANDREW L. CARTER, JR.**
                                             **United States District Judge**