**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NATALIYA SOPKO,<br><br>*Plaintiff*,<br><br>-against-<br><br>THE NEW YORK COMMUNITY HOSPITAL OF BROOKLYN, INC. D/B/A MAIMONIDES MIDWOOD COMMUNITY HOSPITAL, ANTHONY CLOVIS, JOAN JAMIESON AND JOHN DOES 1-5,<br><br>*Defendants*. | Civ. Case No. 1:25-mc-00516<br><br><br>**ORDER** |

This matter having been brought before the Court by Motion of Counsel for the Defendants, Bond Schoenick & King LLP, and by Cross-Motion to Transfer and otherwise deny the Defendant's Motion to Quash by Woltz & Folkinshteyn, P.C, counsel for Plaintiff Nataliya Sopko, the Court having considered the parties' submissions and for good cause having been shown:

**ORDERED** that the Court hereby GRANTS the Cross-Motion to Transfer the Defendants' Motion to Quash to the United States District Court for the Eastern District of New York.

DATED: December 8, 2025

_____
HONORABLE ANDREW L. CARTER, JR.